FILED
2009 Aug-22  AM 09:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **SAMUEL LEE LEAHEY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**FRANKLIN COLLECTION** )<br>**SERVICE, INC., a Corporation,** )<br>)<br>**Defendant.** ) | <br><br><br><br>**Civil Action No.:**<br>**2:09-cv-UNAS-00709-HGD**<br><br>**ORAL ARGUMENT**<br>**REQUESTED** |

## PLAINTIFF'S RESPONSE TO DEFENDANT FRANKLIN COLLECTION SERVICE, INC.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AND ALL CLAIMS WITH PREJUDICE

**COMES NOW** the Plaintiff, by and through counsel, in the above styled cause, and responds to Defendant Franklin Collection Service, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint and All Claims with Prejudice (Doc 12, filed on August 21, 2009) as follows:

1. Plaintiff adopts and incorporates all previous arguments stated in the Response in Opposition to Franklin Collection Services, Inc.'s Motion to Dismiss (Doc 9) filed on May 26, 2009.

2. Plaintiff respectfully requests the opportunity to present oral argument on the Defendant's Motion to Dismiss.

                    Respectfully Submitted,

                    /s/ John G. Watts
                    **John G. Watts (WAT056)**
                    Attorney for Plaintiff

**OF COUNSEL:**
Watts Law Group, PC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattslawgroup.com

                    /s/ M. Stan Herring
                    **M. Stan Herring ASB-1074-N72M**
                    **Attorney for Plaintiff**

**OF COUNSEL:**
M. Stan Herring, P.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 714-4443
(888) 522-7167 *facsimile*
msh@mstanherringlaw.com

## **CERTIFICATE OF SERVICE**

  This is to certify that on the **22nd** day of **August, 2009**, I electronically filed a true and correct copy of the above and foregoing document via the CM/ECF system which will notify all counsel of record.

                /s/ John G. Watts
                OF COUNSEL